IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITEDNET, LTD. and LEVI RUSSELL,

    Plaintiffs,

vs.                                                        No. 1:21-cv-01081-KWR-JFR

TATA COMMUNICATIONS AMERICA, INC.,
TATA COMMUNICATIONS INDIA, LTD.,
TATA SONS PRIVATE, LTD., STEVEN LUCERO,
and LATINGROUP, LLC,

    Defendants.

## JUDGMENT

Consistent with the Memorandum Opinion and Order (**Doc. 58**) filed **March 28, 2023**, herewith and with orders previously entered in this case, the Court issues its separate judgment dismissing Plaintiffs' claims without prejudice for *forum non conveniens*, subject to the conditions identified in the Court's orders.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** for *forum non conveniens*.

**IT IS SO ORDERED.**

                                                                     **KEA W. RIGGS**
                                                                       **UNITED STATES DISTRICT JUDGE**